No. 774. E. I. DU PONT DE NEMOURS & CO. ET AL. v. UNITED STATES. Appeal from the United States District Court for the Northern District of Illinois. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed. MR. JUSTICE REED is of the opinion probable jurisdiction should be noted. MR. JUSTICE CLARK took no part in the consideration or decision of this case. *Gerhard A. Gesell, Paul H. Arthur, John M. Harlan* and

*Aaron Finger* for appellants. *Solicitor General Perlman* for the United States.